IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| LEONEL LUJAN, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CAUSE NO. EP-24-CV-28-KC |
| | § | |
| STATE FARM LLOYDS, | § | |
| | § | |
| Defendant. | § | |

## ORDER

On this day, the Court considered the parties' Joint Stipulation of Dismissal, ECF No. 49. In accordance with Rule 41(a) of the Federal Rules of Civil Procedure and the terms of the parties' Stipulation of Dismissal, the Court **ORDERS** that all claims in this case are **DISMISSED** with prejudice.

**IT IS FURTHER ORDERED** that all parties shall pay their own costs and fees.

**IT IS FURTHER ORDERED** that Defendant's Opposed Motion to Quash, ECF No. 32, is **DENIED** as moot.

The Clerk shall close the case.

**SO ORDERED**.

SIGNED this 14th day of February, 2025.

_____
KATHLEEN CARDONE
UNITED STATES DISTRICT JUDGE